USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/11/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION, :
:  **ORDER**
                          Plaintiff,                :
      - against -                                   :  17 Cv. 2088 (RMB)
                                                    :
AMIR WALDMAN,                                       :
                                                    :
                          Defendant.                :
-----------------------------------------------------------x

As the Court stated at the conclusion of today's Order to Show Cause Hearing, the freeze upon Defendant's assets currently in effect in this case remains in full force and effect.

Dated: New York, New York
       April 11, 2018

                                                       RMB
                                              _____
                                              **RICHARD M. BERMAN**
                                              U.S.D.J.