UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION, :
:
                      Plaintiff, :
  - against - :
:
AMIR WALDMAN, :
:
                    Defendant. :
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/19

**ORDER**

17 Cv. 2088 (RMB)

The conference currently scheduled for Monday, January 7, 2019, at 9:30 a.m. is hereby rescheduled to 2:00 pm on the same date.

Dated: New York, New York
       January 4, 2019

                                          _____
                                            RICHARD M. BERMAN
                                                U.S.D.J.