UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SECURITES AND EXCHANGE COMMISSION, :

                Plaintiff, :

             - against - :

AMIR WALDMAN, et al., :

               Defendants. :
-----------------------------------------------------------------x

17-CV-2088

**ORDER**

The Court will conduct a brief hearing on the proposed Final Judgments between and among the SEC and Defendants Roger Shaoul and James Shaoul on Tuesday, December 17, 2019, at 8:30 a.m. Counsel for Defendants Roger Shaoul and James Shaoul are requested to have the Defendants appear by phone.

Dated: New York, New York
       December 12, 2019

                                                      _____
                                                      RICHARD M. BERMAN
                                                           U.S.D.J.