UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>- against -<br><br>AMIR WALDMAN,<br><br>　　　　　　　　　　　　　　Defendant. | 17-cv-02088-RMB<br><br>**ORDER OF DISMISSAL AS TO DEFENDANT LAWRENCE F. CLUFF, JR.**<br><br>**ECF CASE** |

Upon the stipulated request of Plaintiff United States Securities and Exchange Commission and Defendant Lawrence of Cluff, Jr., all claims asserted in this action against Defendant Lawrence F. Cluff, Jr. are dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

Date: 1/2/20

_____RMB_____
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-2-20